# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SEFERINO MENDOZA OLIVO | | |
| **Case Number:** | 2:09-BK-09055-CGC | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 01, 2009 02:30 PM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

### Matter:

CONTINUED MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 8649 WEST JEFFERSON STREET, PEORIA, AZ 85345 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A.  ON BEHALF OF GUILD MORTGAGE COMPANY .

**R / M #:**   23 / 0

### Appearances:

LEONARD MCDONALD, ATTORNEY FOR MOVANT
MARK J.A. HUGHES, ATTORNEY FOR SEFERINO MENDOZA OLIVO

### Proceedings:

Mr. McDonald reviewed this matter for the Court, stating that the debtor is delinquent nearly $13,000, from
May 2009 forward.  He noted that there is a trustee's sale scheduled.

Mr. Hughes responded. stating that the debtor is making payments and the post petition payments have been
made to the trustee.  He stated that he believes all payments have been made.

COURT:  IT IS ORDERED DIRECTING THAT THE PAYMENTS MADE TO THE TRUSTEE THAT
ARE BEING HELD FOR MORTGAGE PAYMENTS BE TURNED OVER TO GUILD.

IT IS FURTHER ORDERED CONTINUING THIS HEARING TO JANUARY 5, 2010 AT 2:30 P.M.
COUNSEL FOR THE MOVANT IS DIRECTED TO CONTINUE THE TRUSTEE'S SALE.