# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SEFERINO MENDOZA OLIVO |
| **Case Number:** | 2:09-BK-09055-CGC    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 05, 2010 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

CONTINUED MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 8649 WEST JEFFERSON STREET, PEORIA, AZ 85345 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A.  ON BEHALF OF GUILD MORTGAGE COMPANY .

**R / M #:**    23 / 0

## Appearances:

MARK J.A. HUGHES, ATTORNEY FOR SEFERINO MENDOZA OLIVO
LEONARD MCDONALD, ATTORNEY FOR GUILD MORTGAGE

## Proceedings:

Mr. McDonald advises the trustee sale is set for January 19, 2010 and no post-petition payments have been made.

Mr. Hughes explains the payments were sent to the trustee. He received an e-mail from Russell Brown acknowledging the payments were received and that e-mail was forwarded to Mr. McDonald.

COURT:  IT IS ORDERED SETTING A FINAL HEARING ON JANUARY 19, 2010 AT 2:35 P.M.; IF NOT RESOLVED MR. HUGHES AND HIS CLIENT ARE TO BE PRESENT IN THE COURTROOM.