Mark J.A. Hughes, Esq. (Bar No. 015113)
7508 North 59th Avenue
Glendale, Arizona 85301
Phone: (623) 521-2975
Facsimile: (623) 435-9057
E-mail: markjahughes@qwest.net
Attorney for Movant

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEFERINO MENDOZA OLIVO,<br>  Debtor.<br><br>_____<br><br>SEFERINO MENDOZA OLIVO,<br>  Movant,<br><br> v.<br><br>JARED'S JEWELRY; and RUSSELL A. BROWN, Chapter 13 Trustee,<br>  Respondents. | No. 2:09-bk-09055-CGC<br><br>**MOTION TO RECLASSIFY SECURED CLAIM AS UNSECURED**<br><br>Re: Jared's Jewelry |

  Debtor requests that the purchase money security interest of Jared's Jewelry be reclassified as an unsecured nonpriority claim for purposes of Debtor's Chapter 13 Plan because Debtor had disposed of the property in which Jared's Jewelry might claim a security interest prior to the date on which Debtor filed his bankruptcy petition.

  Notice is hereby given that in the absence of response within 15 days of the filing of this motion, the Court may grant Debtor the relief requested herein without further hearing.

1

DATED this 22nd day of March, 2010.

                                                                 /s/ Mark J.A. Hughes
                                                              Mark J.A. Hughes, Esq.
                                                              Attorney for Debtor

Filed electronically with a copy mailed this 22nd day of March, 2010, to:

Jared's Jewelry
P.O. Box 1799
Akron OH 44309-0000

Russell A. Brown
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1265
*Chapter 13 Trustee*

U.S. Trustee
Office of the United States Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003

/s/ MJAH